In the Matter of the Estate of DAVID HORN, Deceased
WILLIAM D. HORN, Appellant; CHARLES H. HORN, as Executor, Respondent.

*Decedent's estate — discovery — proceeding to discover personal property belonging to estate.*

*Matter of Horn,* 206 App. Div. 798, affirmed.

(Submitted December 2, 1924; decided December 16, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1923, which affirmed an order of the Queens County Surrogate's Court directing the appellant herein to deliver to the executor of David Horn, deceased, certain personal property in his possession belonging to the estate of said deceased. Appellant claimed title alleging a gift *inter vivos.*

*Frederick W. Ritter* for appellant.

*William A. McLaughlin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: HISCOCK, Ch. J., and McLAUGHLIN, J.